

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00722-CV

Idalia G. **BARRERA**,
Appellant

v.

Mary Sue **PATE**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04273
Honorable Karen Crouch, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: March 27, 2019

DISMISSED FOR WANT OF PROSECUTION

The docketing statement was due upon the filing of the notice of appeal in this court. *See* TEX. R. APP. P. 32.1 (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). The docketing statement was not timely filed. We issued an order on December 7, 2018, stating that this appeal would be dismissed without further notice unless the docketing statement was filed by December 27, 2018. The docketing statement has not been filed.

Additionally, an appellate court is authorized to dismiss an appeal for want of prosecution when the appellant fails to file his brief by the deadline and gives no reasonable explanation for such failure. TEX. R. APP. P. 38(a)(1). On December 3, 2018, we issued an order directing appellant to file her brief on or before December 31, 2018. Appellant has not filed her brief.

We therefore dismiss this appeal. *See* TEX. R. APP. P. 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order); *In the Interest of E.J.V.*, No. 04-18-00035-CV, 2018 WL 1511773, at *1 (Tex. App.—San Antonio Mar. 28, 2018, no pet.) (mem. op.) (per curiam) (dismissing appeal, in part, for failure to comply with order to file docketing statement).

PER CURIAM